UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:16-cv-1443 RLW |
| v. | ) ) | |
| INDUSTRIAL MAINTENANCE & MECHANICAL SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-styled case without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


        /s/ Greg A. Campbell
GREG A. CAMPBELL, #2774
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Industrial Maintenance & Mechanical Services, LLC, 423 Kona Love Drive, Roach, MO 65787.

        /s/ Greg A. Campbell